**Dismissed; Opinion Filed October 2, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00835-CV

### DAVID GERDES AND ECOATM, LLC, Appellants
### V.
### HYLA, INC., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01976**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Myers, and Justice Evans
Opinion by Justice Evans

Before the Court is appellants' September 26, 2018 motion to voluntarily dismiss the appeal. No other parties seek relief in this case. Accordingly, we grant appellants' motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David Evans/
DAVID EVANS
JUSTICE

180835F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

DAVID GERDES AND ECOATM, LLC,
Appellants

No. 05-18-00835-CV       V.

HYLA, INC., Appellee

On Appeal from the 298th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-01976.
Opinion delivered by Justice Evans. Chief
Justice Wright and Justice Myers
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

As agreed to by the parties, it is **ORDERED** that each party bear its own costs of this
appeal.

Judgment entered this 2nd day of October, 2018.